# Attachment A

## Re: 157 West 57th Street Unit

The Condominium Unit (in the Building located at and known as and by Street Number 157 West 57th Street, New York, New York, designated and described as Unit No. 79 (hereinafter called the "Unit") in the Declaration of The 157 West 57th Street Condominium (hereinafter called "Declaration") made by Extell West 57TH Street, LLC (hereinafter called the "Sponsor") under the Condominium Act of The State of New York (Article 9-B of the Real Property Law of the State of New York), dated 7/1/2013 and recorded 8/27/2013 in the Office of the City Register of the City of New York, County of New York as CRFN 2013000343547, as amended by First Amendment to Declaration dated 11/08/2013, recorded 11/22/2013 in CRFN 2013000482745, establishing a Plan for Condominium Ownership of said Building and the land upon which the same is erected (hereinafter sometimes collectively called the "Property") and also designated and described as Tax Lot No. 1688 in Block 1010, Borough of Manhattan, on the Tax Map of the Real Property Assessment Department of the City of New York and on the Floor Plans of said Building filed in said Real Property Assessment Department of the City of New York as Condominium Plan No. 2301 and also filed on 8/27/2013 in CRFN 2013000343548, as amended by Condominium Plan No. 2301A, filed on 11/22/2013 in CRFN 2013000482746 in the aforesaid Register's Office.

TOGETHER with an undivided 1.0968 percent interest in the Common Elements of the Property as described in the Declaration (hereinafter called the "Common Elements") recorded as CRFN 2013000343547.

The land upon which the Building containing the Unit is erected is described as follows:

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough of Manhattan, County, City and State of New York, bounded and described as follows:

BEGINNING at a point on the northerly side of West 57th Street, distant 144 feet easterly from the corner formed by the intersection of the northerly side of West 57th Street with the easterly side of Seventh Avenue;

RUNNING THENCE northerly at right angles to West 57th Street, 100 feet 5 inches to the center line of the block;

THENCE westerly along for center line at the block, 19 feet;

THENCE northerly at right angles to the said center line, 100 feet 5 inches to the southerly side of West 58th Street;

THENCE easterly along the southerly side of West 58th Street, 78 feet 0-1/8 inches;

THENCE southerly at right angle to the southerly side at West 58th Street, 100 feet 5 inches to the center line of the block;

THENCE easterly along the center line of the block, 100 feet 0 inches;

THENCE southerly at right angles to the said center line, 100 feet 5 inches to the northerly side of West 57th Street;

THENCE westerly along the northerly side of West 57th Street, 159 feet 0 inches to the point or place of BEGINNING.