# Attachment B

## Re:  1049 FIFTH AVENUE UNITS

The Residential Condominium Unit (hereinafter referred to as the "Residential Unit"), the Maids Unit (hereinafter referred to as the "Maids Unit") and the Storage Units (hereinafter referred to as the "Storage Units") in the building (hereinafter referred to as the "Building") known as 1049 Fifth Avenue Condominium and by the street number 1049 Fifth Avenue, Borough of Manhattan, City, County and State of New York, said Unit being designated and described as Residential Unit Nos. 11B and 12B, Maids Unit No. 13 and Storage Units No. 7, 15, 31 and 32 in that certain Declaration dated October 22, 1992 made by Adamsvest Associates pursuant to Article 9-B of the Real Property Law of the State of New York (hereinafter referred to as the "Condominium Act") establishing a plan for condominium ownership of the Building and the land (hereinafter referred to as the "Land") upon which the Building is situate (which Land is more particularly described in Exhibit A annexed hereto and by this reference made a part hereof), which declaration was recorded in the New York County Office of the Register of the City of New York on November 27, 1992 in Reel 1992 page 1503, as amended by First Amendment to the Declaration dated as of September 21, 1994 and recorded in the Office of the City Register, New York County on December 7, 1994, in Reel 2160 Page 2052 (which declaration and any amendments thereto are hereinafter collectively referred to as the "Declaration"). The Residential Units are also designated as Tax Lots 1090 and 1093, the Maids Unit is designated as Tax Lot 105 and the Storage Units are designated as Tax Lots 1010, 1018, 1034 and 1035, all in Block 1497 of Section 5, of the Borough of Manhattan on the Tax Map of the Real Property Assessment Department of the City of New York and on the floor plans of said building, certified by Costas Kondylis, Architect, on October 26, 1992, and approved with the Real Property Assessment Department of the City of New York on November 20, 1992 as Condominium Plan No. 825 and also filed in the City Register's Office on November 27, 1992 as Map No. 5159.

TOGETHER with as to Residential Units 11B and 12B an undivided 1.483452% and 1.483452% interest in the Common Elements, as to Maids Unit 13 an undivided 0.215627% interest in the Common Elements, and as to Storage Units 7, 15, 31 and 32, an undivided 0.009732%, 0.009024%, 0.013801% and 0.015040% interest in the Common Elements (As such term is defined in the Declaration);

The premises within which the units is located are more particularly described as follows:

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough of Manhattan, City, County and State of New York, bounded and described as follows:

BEGINNING at a point on the Southerly side of East 86th Street, distant 100 feet easterly from the corner formed by the intersection of the easterly side of Fifth Avenue with the Southerly side of East 86th Street;

RUNNING THENCE Southerly and parallel with Fifth Avenue, 102 feet 2 inches to the middle line of the block between East 85th Street and East 86th Streets;

THENCE Easterly along the middle line of the block, 100 feet;

1

THENCE Northerly parallel with Fifth Avenue, 102 feet 2 inches to the Southerly side of East 86th Street;

THENCE Easterly along the Southerly side of East 86th Street, 100 feet to the point or place of BEGINNING.