# Attachment C

## Re:  807 CIMA DEL MUNDO ROAD

Parcel One ( LOT 11):

That portion of Section 10, Township 4 North, Range  26 West, San Bernardino Meridian, in the County of Santa Barbara, State of California, according to the Official Plat thereof, described as follows:

Beginning at a point in the 18th course of LOT 9, described in a deed recorded February 3, 1999 as Instrument No. 99-10013 of Official Records,  said 18th course recited an  "North 33°01'48" East, 114.62 feet", said point being the East terminus of the 6th course of LOT 12, described in a deed recorded February 5, 1999 as Instrument No. 99-10013 of Official Records, thence, along said  18th course and along the 17th, 16th, 15th, 14th and 13th courses of said LOT 9 by the following six courses;

1st, South 33°01'48" West, 74.01 feet to a curve concaved Southeasterly and having  a radius of 300.00 feet, thence along said curve;

2nd, Southwesterly and Southerly 65.00 feet, through a central angle of 12°24'49", thence

3rd, South 20°36'59" West, 38.50 feet to a curve concave Westerly and having a radius of 400.00 feet, thence along said curve,

4th, Southerly and Southwesterly 25.57 feet through a central angle of 3°39'43", thence

5th, South 24°16'42" West, 87.80 feet to a curve concave Northwesterly and having a radius of 400.00 feet, thence, along said curve,

6th, Southwesterly 43.21 feet through a central angle of 6°11'20", thence leaving said 13th course, and non-tangent to said curve,

7th, North 89°12'43" West, 294.14 feet, thence,

8th, South 30°11'24" West, 352.00 feet to the line described in the Agreement between Lora J. Knight and Ann G. Jackson, recorded in the Office of the County Recorder of said County on December 12, 1932 in Book 276, Page 61of Official Records, thence along said line,

9th, North 6°28'38" West, 694.84 feet to the Northwest terminus of the 7th course described in Lot 12 in a deed recorded February 1, 1999 as Instrument No. 99-10013 of Official Records, said 7th course recited as "North 65°54'25" West, 200.70 feet", thence along said 7th course and along the 6th course described in said Lot 12 by the following two courses,

10th, South 65°54'25" East, 208.78 feet, thence,

11th, South 89°12'43" East, 507.85 feet to the point of beginning.

Note: Said property is identified as lot 11 of that certain Record of Survey Map recorded in Book 178 Pages  20 - 25 of Record of Surveys in the office of the county recorder of said county.


Parcel Two:

A non-exclusive easement for ingress and egress of vehicles and equipment for emergency purposes, public and private utilities and incidental purposes over, under, across and through those portions of Sections 10 and 11, Township 4 North, Range 26 West, San Bernardino Base and Meridian, in the County of Santa Barbara, State of California, according to the official plat thereof, described as follows:

Exhibit Page - Legal(exhibit)(08-07)

A strip of land 24.00 feet wide, lying 12.00 feet on each side of the following described centerline:

Commencing at the Northeast corner of the West half of the Southwest quarter of said Section 11, thence along the East line of said West half, South 0°01'39" East, 1281.06 feet to the true point of beginning;

thence 1st, North 68°10'10" West, 139.73 feet;

thence 2nd, North 50°09'35" West, 282.17 feet;

thence 3rd, North 45°11'44" West, 89.21 feet;

thence 4th, North 63°18'18" West, 308.95 feet;

thence 5th, North 34°49'19" West, 142.06 feet;

thence 6th, North 26°01'38" West, 50.06 feet;

thence 7th, North 01°09'24" East, 186.25 feet to a curve concave Southwesterly and having a radius of 175.00 feet;

thence along said curve 8th, Northerly, 235.74 feet through a central angle of 77°10'55";

thence 9th, North 76°01'31" West, 1.21 feet;

thence 10th, North 76°01'31" West, 26.84 feet;

thence 11th, North 76°36'05" West, 120.47 feet to a curve concave Southerly and having a radius of 500.00 feet;

thence along said curve 12th, Westerly, 54.90 feet through a central angle of 06°17'26";

thence 13th, North 82°53'31" West, 26.75 feet to a curve concave Southerly and having a radius of 200.00 feet;

thence along said curve 14th, Westerly, 87.89 feet, through a central angle of 25°10'40";

thence 15th, South 71°55'49" West, 22.29 feet to a curve concave Northerly and having a radius of 120.00 feet;

thence along said curve 16th, Westerly 65.85 feet, through a central angle of 31°26'20";

thence 17th, North 76°37'51" West, 13.75 feet to a curve concave Southerly and having a radius of 90.00 feet;

thence along said curve 18th, Westerly, 58.16 feet through a central angle of 37°01'22";

thence 19th , South  66°20'47" West, 129.40 feet;

thence 20th, South  69°33'22" West, 38.74 feet.

The sidelines of said strip are to be prolonged or shortened to begin in the West line of the parcel described in the deed to the County of Santa Barbara recorded in the Office of the County Recorder of said County on May 12, 1965 in Book 2104, Page 974 of Official Records, and terminate in a line having a bearing at right angles to the 20th course described herein, and pass through the West terminus of said 20th course.


Parcel Three:

A non-exclusive easement for private and public drainage facilities and incidental purposes over, under, across and through those portions of Sections 10 and 11, Township 4 North, Range 26 West, San Bernardino Base and Meridian, in the County of Santa Barbara, State of California, according to the Official Plat thereof, described as follows:

Commencing at the Northeast corner of the Northwest quarter of the Southwest quarter of said Section 11, thence, along

Exhibit Page - Legal(exhibit)(08-07)

the North line of said Northwest quarter, North 88°42'30" West, 910.70 feet; thence, South 1°17'30" West, 330.46 feet; thence, North 76°01'31" West, 23.54 feet; thence, North 76°36'05" West, 120.54 feet to a curve concaved Southerly and having a radius of 515 feet; thence, along said curve Westerly, 56.54 feet through a central angle of 6°17'26"; thence, North 82°53'31" West, 26.75 feet to a curve concaved Southerly and having a radius of 215.00 feet; thence, along said curve Westerly, 94.48 feet through a central angle of 25°10'40"; thence, South 71°55'19" West, 22.29 feet to a curve concaved Northerly and having a radius of 105.00 feet; thence, along said curve Westerly, 57.61 feet through a central angle of 31°26'20"; thence, North 76°37'51" West, 13.75 feet to a curve concaved Southerly and having a radius of 105.00 feet; thence, along said curve Westerly and Southwesterly, 67.85 feet through a central angle of 37°01'22"; thence, South 89°33'24" West, 118.46 feet; thence, South 31°36'08" West, 10.12 feet; thence, South 3°02'05" West, 107.42 feet; thence, South 22°47'36" East, 63.72 feet; thence, South 41°51'59" East, 24.70 feet to the true point of beginning;

thence 1st, North 46°41'45" East, 12.06 feet;

thence 2nd, South 43°25'58" East, 10.00 feet;

thence 3rd, South 46°34'03" West, 12.34 feet to the Southeasterly prolongation of the course recited herein as "South 41°51'59" East, 24.70 feet";

thence along said Southeasterly prolongation 4th, North 41°51'59" West, 10.03 feet to the true point of beginning.


Parcel Four:

A non-exclusive easement for ingress, egress, private and public utilities, private and public drainage facilities and incidental purposes over, under, across and through those portions of Sections 10 and 11, Township 4 North, Range 26 West, San Bernardino Base and Meridian, in the County of Santa Barbara, State of California, according to the official plat thereof, described as follows:

All that portion of Lot 8 described in the deed recorded in the Office of the County Recorder of said County on February 5, 1999 as Instrument No. 99-010014 of Official Records, lying within the following described parcel:

An easement over a strip of land 30.00 feet wide, lying 15.00 feet on each side of the following described centerline:

Commencing at the Northeast corner of the West half of the Southwest quarter of said Section 11; thence, along the North line of said West half, North 88°42'30" West, 910.70 feet; South 1°17'30" West, 330.47 feet; thence, North 76°01'31" West, 23.54 feet; thence, North 76°36'05" West, 120.54 feet to a curve concave Southerly and having a radius of 515 feet; thence, along said curve, Westerly, 56.54 feet through a central angle of 6°17'26"; thence, North 82°53'31" along said curve, Westerly, 94.48 feet through a central angle of 25°10'40", having a radius of 105.00 feet; thence, along said curve, Westerly, 57.61 feet through a central angle of 31°26'20"; thence, North 76°37'51" West, 13.75 feet to a curve concave Southerly and having a radius of 105.00 feet; thence, along said curve, Westerly and Southwesterly, 67.85 feet through a central angle of 37°01'22"; thence, non-tangent to said curve, South 89°33'24" West, 118.46 feet to the true point of beginning;

thence 1st, South 31°36'08" West, 10.12 feet to a curve concave Easterly and having a radius of 185.00 feet;

thence along said curve 2nd, Southwesterly, 148.81 feet through a central angle of 46°05'19".


Parcel Five:

Non-exclusive easements for ingress and egress, roadways, drainage, public and private utilities and incidental purposes, appurtenant to Parcel One herein, as set forth in a Declaration entitled "Cima Del Mundo Declaration of Easements, Covenants, Conditions and Restrictions and Roads and Driveways Maintenance Agreement" dated January 28, 1999 and recorded February 5, 1999 as Instrument No. 99-010022 of Official Records and re-recorded February 9, 1999 as Instrument No. 99-010793 of Official Records.

APN: 155-250-19


Exhibit Page - Legal(exhibit)(08-07)