# Attachment D

Re: 815 CIMA DEL MUNDO ROAD

All that certain real property situated in the County of Santa Barbara, State of California, described as follows:

Parcel One:

Those portions of Sections 10 and 11, Township 4 North, Range 26 West, San Bernardino Base and Meridian, in the County of Santa Barbara, State of California, according to the official plat thereof, described as follows:

Beginning at a point in the 22nd course of Lot 9, described in a deed recorded February 5, 1999 as Instrument No. 99-10013, said 22nd course recited as "Northerly and Northwesterly, 183.87 feet through a central angle of 20°20'16", said point being the South terminus of the 2nd course of Lot 13, described in a deed recorded February 5, 1999 as Instrument No. 99-10013;

thence along said 22nd course and along the 21st, 20th, 19th and 18th courses of said Lot 9, by the following five courses:

1st - Southerly, 115.78 feet through a central angle of 16°35'05" along a curve concaved Westerly, having a radius of 400.00 feet, and having a radial to said point bearing North 74°44'26" East to a compound curve concaved Westerly and having a radius of 115.00 feet;

thence along said curve, 2nd - Southerly and Southwesterly, 54.71feet through a central angle of 27°15'36";

thence 3rd - South 28°35'06" West, 63.68 feet to a curve concaved Northwesterly and having a radius of 300.00 feet;

thence along said curve, 4th - Southwesterly, 23.27 feet through a central angle of 4°26'42";

thence 5th - South 33°01'48" West, 40.61 feet;

thence leaving said 18th course, 6th - North 89°12'43" West, 507.85 feet;

thence 7th - North 65°54'25" West, 208.78 feet to the line described in the agreement between Lora J. Knight and Ann G. Jackson, recorded in the office of the County Recorder of said County on December 12, 1932 in Book 276, Page 61 of Official Records;

thence along said line by the following two courses:

thence 8th - North 6°28'38" West, 242.99 feet;

thence 9th - North 12°21'08" West, 82.90 feet to the Northwest terminus of the 4th course described in Lot 13 in a deed recorded February 5, 1999 as Instrument No. 99-10013, said 4th course recited as "North 59°51'44" West, 249.98 feet";

thence along said 4th course and along the 3rd course described in said Lot 13 by the following two courses:

thence 10th - South 59°51'44" East, 249.98 feet;

thence 11th - South 88°48'43" East, 592.00 feet to the point of beginning.

Note: Said property is shown as Lot 12 on that certain Record of Survey map recorded in Book 178, Pages 20 through 24 in the Office of the County Recorder of Santa Barbara County.

Parcel Two:

A non-exclusive easement for ingress and egress of vehicles and equipment for emergency purposes, public and private utilities and incidental purposes over, under, across and through those portions of Sections 10 and 11, Township 4 North, Range 26 West, San Benardino Base and Meridian, in the County of Santa Barbara, State of California, according to the official plat thereof, described as follows:

A strip of land 24.00 feet wide, lying 12.00 feet on each side of the following described centerline:

Commencing at the Northeast corner of the West half of the Southwest quarter of said Section 11;

thence along the East line of said West half, South 0°01'39" East, 1281.06 feet to the true point of beginning;

thence 1st - North 68°10'10" West, 139.73 feet;

thence 2nd - North 50°09'35" West, 282.17 feet;

thence 3rd  - North 45°11'44" West, 89.21 feet;

thence 4th  - North 63°18'18" West, 308.95 feet;

thence 5th - North 34°49'19" West, 142.06 feet;

thence 6th - North 26°01'38" West, 50.06 feet;

thence 7th - North 01°09'24" East, 186.25 feet to a curve concave Southwesterly and having a radius of 175.00 feet;

thence, along said curve, 8th - Northerly, 235.74 feet through a central angle of 77°10'55";

thence 9th - North 76°01'31" West, 1.21 feet;

thence 10th - North 76°01'31" West, 26.84 feet;

thence 11th - North 76°36'05" West, 120.47 feet to a curve concave Southerly and having a radius of 500.00 feet;

thence, along said curve, 12th - Westerly, 54.90 feet through a central angle of 06°17'26";

thence 13th - North 82°53'31" West, 26.75 feet to a curve concave Southerly and having a radius of 200.00 feet;

thence, along said curve, 14th - Westerly, 87.89 feet, through a central angle of 25°10'40";

thence 15th - South 71°55'49" West, 22.29 feet to a curve concave Northerly and having a radius of 120.00 feet;

thence along said curve, 16th - Westerly, 65.85 feet, through a central angle of 31°26'20";

thence 17th - North 76°37'51" West, 13.75 feet to a curve concave Southerly and having a radius of 90.00 feet;

thence along said curve, 18th - Westerly, 58.16 feet through a central angle of 37°01'22";

thence 19th - South  66°20'47" West, 129.40 feet;

thence 20th - South  69°33'22" West, 38.74 feet.

The sidelines of said strip are to be prolonged or shortened to begin in the West line of the parcel described in the deed to the County of Santa Barbara recorded in the Office of the County Recorder of said County on May 12, 1965 in Book 2104, Page 974 of Official Records, and terminate in a line having a bearing at right angles to the 20th course described herein, and pass through the West terminus of said 20th course.

Parcel Three:

A non-exclusive easement for private and public drainage facilities and incidental purposes over, under, across and through those portions of Sections 10 and 11, Township 4 North, Range 26 West, San Bernardino Base and Meridian, in the County of Santa Barbara, State of California, according to the Official Plat thereof, described as follows:

Commencing at the Northeast corner of the Northwest quarter of the Southwest quarter of said Section 11;

thence along the North line of said Northwest quarter, North 88°42'30" West, 910.70 feet;

thence South 1°17'30" West, 330.46 feet;

thence North 76°01'31" West, 23.54 feet;

thence North 76°36'05" West, 120.54 feet to a curve concaved Southerly and having a radius of 515 feet;

thence along said curve, Westerly, 56.54 feet through a central angle of 6°17'26";

thence North 82°53'31" West, 26.75 feet to a curve concaved Southerly and having a radius of 215.00 feet;

thence along said curve, Westerly, 94.48 feet through a central angle of 25°10'40";

thence South 71°55'19" West, 22.29 feet to a curve concaved Northerly and having a radius of 105.00 feet;

thence along said curve, Westerly, 57.61 feet through a central angle of 31°26'20";

thence North 76°37'51" West, 13.75 feet to a curve concaved Southerly and having a radius of 105.00 feet;

thence along said curve, Westerly and Southwesterly, 67.85 feet through a central angle of 37°01'22";

thence South 89°33'24" West, 118.46 feet;

thence South 31°36'08" West, 10.12 feet;

thence South 3°02'05" West, 107.42 feet;

thence South 22°47'36" East, 63.72 feet;

thence South 41°51'59" East, 24.70 feet to the true point of beginning;

thence 1st - North 46°41'45" East, 12.06 feet;

thence 2nd - South 43°25'58" East, 10.00 feet;

thence 3rd - South 46°34'03" West, 12.34 feet to the Southeasterly prolongation of the course recited herein as "South 41°51'59" East, 24.70 feet";

thence along said Southeasterly prolongation, 4th - North 41°51'59" West, 10.03 feet to the true point of beginning.

Parcel Four:

A non-exclusive easement for ingress, egress, private and public utilities, private and public drainage facilities and incidental purposes over, under, across and through those portions of Sections 10 and 11, Township 4 North, Range 26 West, San Bernardino Base and Meridian, in the County of Santa Barbara, State of California, according to the Official Plat thereof, described as follows:

All that portion of Lot 8 described in the deed recorded in the Office of the County Recorder of said County on February 5, 1999 as Instrument No. 99-010014 of Official Records, lying within the following described parcel:

An easement over a strip of land 30.00 feet wide, lying 15.00 feet on each side of the following described centerline:

Commencing at the Northeast corner of the West half of the Southwest quarter of said Section 11;

thence along the North line of said West half, North 88°42'30" West, 910.70 feet;

South 1°17'30" West, 330.47 feet;

thence North 76°01'31" West, 23.54 feet;

thence North 76°36'05" West, 120.54 feet to a curve concave Southerly and having a radius of 515 feet;

thence along said curve, Westerly, 56.54 feet through a central angle of 6°17'26";

thence North 82°53'51" West, 26.75 feet to a curve concave Southerly and having a radius of 215 feet;

thence along said curve, Westerly, 94.48 feet through a central angle of 25°10'40";

thence South 71°55'19" West, 22.29 feet to a curve concave Northerly and having a radius of 115 feet;

thence along said curve Westerly 57.61 feet through a central angle of 31°26'20";

thence North 76°37'51" West, 13.75 feet to a curve concave Southerly and having a radius of 105.00 feet;

thence along said curve, Westerly and Southwesterly, 67.85 feet through a central angle of 37°01'22";

thence non-tangent to said curve, South 89°33'24" West, 118.46 feet to the true point of beginning;

thence 1st - South 31°36'08" West, 10.12 feet to a curve concave Easterly and having a radius of 185.00 feet;

thence along said curve, 2nd - Southwesterly, 148.81 feet through a central angle of 46°05'19".

Parcel Five:

Non-exclusive easements for ingress and egress, roadways, drainage, public and private utilities and incidental purposes, appurtenant to Parcel One herein, as set forth in a Declaration entitled "Cima Del Mundo Declaration of Easements, Covenants, Conditions and Restrictions and Roads and Driveways Maintenance Agreement" dated January 28, 1999 and recorded February 5, 1999 as Instrument No. 99-010022 of Official Records and re-recorded February 9, 1999 as Instrument No. 99-010793 of Official Records.

APN: 155-250-12 & 20