# Attachment G

## Arrest Warrant *In Rem*

pursuant to Rule G(3)(b)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Action

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

_____

**UNITED STATES OF AMERICA,**

    Plaintiff,

  - v.-

**THE M/Y GALACTICA STAR, BEING A 65-METER MOTOR YACHT BUILT BY HEESEN SHIPYARDS WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9679830, AND REGISTERED UNDER THE LAWS AND FLAG OF THE CAYMAN ISLANDS AT THE PORT OF GEORGE TOWN, INCLUDING ALL FIXTURES, FITTINGS, MANUALS, STOCKS, STORES, INVENTORIES, AND EACH LIFEBOAT, TENDER, AND OTHER APPURTENANCE THERETO, INCLUDING, BUT NOT LIMITED TO, THE TENDER BOAT RECORDED AS A 7.5 METER DARIEL "GUEST TENDER" WITH ID/SERIAL NO. DRLDT759G313, AND ANY PROPERTY TRACEABLE THERETO;**

**ALL RIGHTS AND INTERESTS HELD BY ONE57 79 INC. IN THE REAL PROPERTY LOCATED IN NEW YORK, N.Y., COMMONLY KNOWN AS 157 WEST 57TH STREET, UNIT 79, NEW YORK, N.Y. 10019, AND ANY PROPERTY TRACEABLE THERETO, INCLUDING ALL RIGHTS OR INTERESTS HELD BY ONE57 79 INC. IN ANY SURPLUS MONIES RESULTING FROM A FORECLOSURE AUCTION OF THE AFORESAID PROPERTY TO BE HELD ON OR ABOUT JULY 19, 2017;**

)
)
)
)
)
)
)
)
)
)

**WARRANT OF ARREST IN REM**

Civil No. _____

|   |   |
|---|---|
| **REAL PROPERTY LOCATED IN NEW YORK, N.Y., COMMONLY KNOWN AS 1049 FIFTH AVENUE, UNITS 11B AND 12B, NEW YORK, N.Y. 10032, AND ALL APPURTENANCES, IMPROVEMENTS, AND ATTACHMENTS LOCATED THEREON, AND ANY PROPERTY TRACEABLE THERETO;** | ) ) ) ) ) ) ) ) ) |
| **REAL PROPERTY LOCATED IN MONTECITO, CALIF., COMMONLY KNOWN AS 807 CIMA DEL MUNDO ROAD, MONTECITO, CALIF. 90077, AND ALL APPURTENANCES, IMPROVEMENTS, AND ATTACHMENTS LOCATED THEREON, AND ANY PROPERTY TRACEABLE THERETO;** | ) ) ) ) ) ) ) ) ) |
| **REAL PROPERTY LOCATED IN MONTECITO, CALIF., COMMONLY KNOWN AS 815 CIMA DEL MUNDO ROAD, MONTECITO, CALIF. 90077, AND ALL APPURTENANCES, IMPROVEMENTS, AND ATTACHMENTS LOCATED THEREON, AND ANY PROPERTY TRACEABLE THERETO;** | ) ) ) ) ) ) ) ) ) |
| **ALL RIGHTS AND INTERESTS HELD BY RIVERMOUNT INTERNATIONAL LTD., OR ITS AFFILIATES OR ASSIGNEES, IN THE SUBORDINATED CONVERTIBLE PROMISSORY NOTE EXECUTED BETWEEN CROSS HOLDINGS, INC., AND RIVERMOUNT INTERNATIONAL LTD., DATED ON OR ABOUT JULY 15, 2015, AS VARIED OR AMENDED BY THE PARTIES THERETO, AND ALL PROPERTY TRACEABLE THERETO;** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| **Defendants <u>In</u> <u>Rem</u>** | ) |

2

TO:   THE UNITED STATES FEDERAL BUREAU OF INVESTIGATION OR
ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER

WHEREAS, a Verified Complaint for Forfeiture *in Rem* (the "Complaint") was filed on July 13, 2017, in the United States District Court for the Southern District of Texas, alleging that certain Defendants *in Rem* are subject to seizure and forfeiture to the United States, including the 157 West 57th Street Surplus Proceeds (the "Defendant Property" more fully described below), pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C); and

WHEREAS, it appearing from the Verified Complaint that, pursuant to a foreclosure action currently before the New York Supreme Court, the Defendant Property may be currently within that court's *in rem* jurisdiction; and

The Court being satisfied that, based on the Verified Complaint for Forfeiture *in Rem*, there is probable cause to believe that the Defendant Property is subject to forfeiture to the United States.

**YOU ARE, THEREFORE, HEREBY COMMANDED** pursuant to the provisions of 18 U.S.C. § 981 and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, to arrest the Defendant Property at such time as the New York Supreme Court relinquishes whatever jurisdiction it may have over the Defendant Property, directing the New York County Clerk to disburse the Defendant Property and to thereafter use discretion and whatever means appropriate to protect and maintain the said Defendant Property, as more fully described as:

> **any and all funds, proceeds, cash, or benefits to be disbursed or otherwise owing to One57 79 Inc., or to its successors or assigns, out of any surplus funds resulting from the foreclosure auction to be held on or about July 19, 2017, of real property located in New York, N.Y., and commonly known as 157 West 57th Street, Unit 79, New York, N.Y. 10019, as more fully described in Attachment A to the Complaint (hereinafter the "157 WEST 57TH STREET SURPLUS PROCEEDS");**

3

**IT IS FURTHER ORDERED** that upon receipt of the Defendant Property, the U.S. Marshals Service shall maintain custody until further order of the Court;

**YOU ARE FURTHER COMMANDED**, after execution of this process, to file a Return with the United States District Court for the Southern District of Texas.

ISSUED at Houston, Texas, this ___ day of _____ 2017.

DAVID J. BRADLEY, CLERK
United States District Court
Southern District of Texas

By: _____

APPROVED AND SO ORDERED:

_____   Dated:   _____

NAME

United States District Judge

4

**RETURN OF ARREST WARRANT IN REM:**

| ARREST WARRANT SERVED ON: | COPY OF ARREST WARRANT LEFT AT: |
|---|---|
| SOUTHERN DISTRICT OF TEXAS CIVIL CAUSE NUMBER: | DATE AND TIME WARRANT EXECUTED: |

Amount Seized, if applicable:  $_____

CERTIFICATION:

I declare under penalty of perjury that this Return is true and correct.

_____
Federal Agent's signature


_____
Printed Name


_____
Title