UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    - v.-<br><br>THE M/Y GALACTICA STAR, BEING A 65-METER MOTOR YACHT BUILT BY HEESEN SHIPYARDS WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9679830, AND REGISTERED UNDER THE LAWS AND FLAG OF THE CAYMAN ISLANDS AT THE PORT OF GEORGE TOWN, INCLUDING ALL FIXTURES, FITTINGS, MANUALS, STOCKS, STORES, INVENTORIES, AND EACH LIFEBOAT, TENDER, AND OTHER APPURTENANCE THERETO, INCLUDING, BUT NOT LIMITED TO, THE TENDER BOAT RECORDED AS A 7.5 METER DARIEL "GUEST TENDER" WITH ID/SERIAL NO. DRLDT759G313, AND ANY PROPERTY TRACEABLE THERETO;<br><br>ALL RIGHTS AND INTERESTS HELD BY ONE57 79 INC. IN THE REAL PROPERTY LOCATED IN NEW YORK, N.Y., COMMONLY KNOWN AS 157 WEST 57TH STREET, UNIT 79, NEW YORK, N.Y. 10019, AND ANY PROPERTY TRACEABLE THERETO, INCLUDING ALL RIGHTS OR INTERESTS HELD BY ONE57 79 INC. IN ANY SURPLUS MONIES RESULTING FROM A FORECLOSURE AUCTION OF THE AFORESAID PROPERTY TO BE HELD ON OR ABOUT JULY 19, 2017; | **WARRANT OF ARREST IN REM**<br><br>Civil No. _____ |

REAL PROPERTY LOCATED IN NEW YORK, N.Y., COMMONLY KNOWN AS 1049 FIFTH AVENUE, UNITS 11B AND 12B, NEW YORK, N.Y. 10032, AND ALL APPURTENANCES, IMPROVEMENTS, AND ATTACHMENTS LOCATED THEREON, AND ANY PROPERTY TRACEABLE THERETO;

REAL PROPERTY LOCATED IN MONTECITO, CALIF., COMMONLY KNOWN AS 807 CIMA DEL MUNDO ROAD, MONTECITO, CALIF. 90077, AND ALL APPURTENANCES, IMPROVEMENTS, AND ATTACHMENTS LOCATED THEREON, AND ANY PROPERTY TRACEABLE THERETO;

REAL PROPERTY LOCATED IN MONTECITO, CALIF., COMMONLY KNOWN AS 815 CIMA DEL MUNDO ROAD, MONTECITO, CALIF. 90077, AND ALL APPURTENANCES, IMPROVEMENTS, AND ATTACHMENTS LOCATED THEREON, AND ANY PROPERTY TRACEABLE THERETO;

ALL RIGHTS AND INTERESTS HELD BY RIVERMOUNT INTERNATIONAL LTD., OR ITS AFFILIATES OR ASSIGNEES, IN THE SUBORDINATED CONVERTIBLE PROMISSORY NOTE EXECUTED BETWEEN CROSS HOLDINGS, INC., AND RIVERMOUNT INTERNATIONAL LTD., DATED ON OR ABOUT JULY 15, 2015, AS VARIED OR AMENDED BY THE PARTIES THERETO, AND ALL PROPERTY TRACEABLE THERETO;

     Defendants In Rem

2

TO:  THE UNITED STATES FEDERAL BUREAU OF INVESTIGATION OR
ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER

WHEREAS, a Verified Complaint for Forfeiture *in Rem* was filed on July 13, 2017, in the United States District Court for the Southern District of Texas, alleging that certain Defendants *in Rem* are subject to seizure and forfeiture to the United States, including the M/Y Galactica Star (the "Defendant Property" more fully described below), pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C); and

The Court being satisfied that, based on the Verified Complaint for Forfeiture *in Rem*, there is probable cause to believe that the Defendant Property is subject to forfeiture to the United States.

**YOU ARE, THEREFORE, HEREBY COMMANDED** pursuant to the provisions of 18 U.S.C. § 981 and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, to arrest the Defendant Property, or to transmit the warrant to an appropriate authority for serving process where the property is located if the property is outside the United States, and to use discretion and whatever means appropriate to protect and maintain the said Defendant Property, as more fully described as:

> **The M/Y Galactica Star, being a 65-meter motor yacht built by Heesen Shipyards with International Maritime Organization number 9679830, and registered in the Cayman Islands at the Port of George Town, including all fixtures, fittings, manuals, stocks, stores, inventories, and each lifeboat, tender, and other appurtenance thereto, including, but not limited to, the tender boat recorded as a 7.5 meter Dariel "guest tender" with ID/Serial No. DRLDT759G313, and any property traceable thereto.**

**IT IS FURTHER ORDERED** that upon receipt of the Defendant Property, the U.S. Marshals Service shall maintain custody until further order of the Court;

**YOU ARE FURTHER COMMANDED**, after execution of this process, to file a Return

with the United States District Court for the Southern District of Texas.

ISSUED at Houston, Texas, this 30 day of October 2017.

DAVID J. BRADLEY, CLERK
United States District Court
Southern District of Texas

By: *[signature]*

APPROVED AND SO ORDERED:

*[signature: David Hittner]*   Dated: Oct. 30, 2017
NAME
United States District Judge

**RETURN OF ARREST WARRANT IN REM:**

| ARREST WARRANT SERVED ON: | DATE AND TIME WARRANT EXECUTED: |
|---|---|
| SOUTHERN DISTRICT OF TEXAS CIVIL CAUSE NUMBER: | |

CERTIFICATION:

I declare under penalty of perjury that this Return is true and correct.

_____
Federal Agent's signature

_____
Printed Name

_____
Title

5

TRUE COPY I CERTIFY
ATTEST:
DAVID J. BRADLEY, Clerk of Court
by _____
Deputy Clerk