UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:17-cv-02166 |
| ) | |
| THE M/Y GALACTICA STAR et al. ) | |
| ) | |
| Defendants in Rem ) | |
| ) | |
| ) | |

**DECLARATION OF JOSHUA L. SOHN IN SUPPORT OF UNITED STATES'
APPLICATION FOR PROTECTIVE ORDER UNDER 18 U.S.C. § 983(j)**

I Joshua L. Sohn, declare as follows:

1. I am counsel for the Plaintiff United States of America in this action, and, if called upon as a witness, could and would testify competently as to the contents of this Declaration.

2. Attached hereto as Exhibit A is a true and correct copy of an email chain between Burgess Crew Services and Cayman Islands Registry, dated November 23, 2017.

3. Attached hereto as Exhibit B is a true and correct copy of an email from Lightray Capital, LLC ("Lightray") counsel Benjamin Rosenberg to United States' counsel Michael Khoo, dated December 13, 2017.

4. Attached hereto as Exhibit C is a true and correct copy of an English-language translation of a Spanish-language letter sent from Jose Enrique Uruñuela Lopez to William Alfers, dated September 11, 2017.

1

5. Attached hereto as Exhibit D is a true and correct copy of a letter from United States' counsel Michael Khoo to Lightray counsel Andrew Levander, dated December 20, 2017.

6. Attached hereto as Exhibit E is a true and correct copy of an email chain between United States' counsel and Lightray's counsel, dated between December 20, 2017 and December 27, 2017.

7. Attached hereto as Exhibit F is a true and correct copy of a letter from Lightray's counsel to United States' counsel, dated January 2, 2018.

8. Attached hereto as Exhibit G is a true and correct copy of an electronic packet of purported Mexican Lawsuit documents that the United States received from the United States Trustee's Office in connection with the *In re Earnshaw* bankruptcy action in the Southern District of Florida.  The United States Trustee's Office had received these documents from the purported debtor, Earnshaw.

9. Attached hereto as Exhibit H is a true and correct copy of an email from Will Dallimore to Juho Hiltunen, dated July 22, 2017.

10. Attached hereto as Exhibit I is a true and correct copy of an email chain between Lightray counsel Andrew Levander and United States counsel Michael Khoo, dated between January 3 and January 8, 2018.

11. In telephonic meet-and-confers with the United States on December 22, 2017 and January 4, 2018, Lightray's counsel stated that a lawyer had appeared in the Mexican Lawsuit who purported to act for Earnshaw, but that Lightray was not aware of any authorization for the attorney to appear on Earnshaw's behalf.  Counsel for Lightray further indicated that Lightray will retain competing Mexican counsel to appear on

Earnshaw's behalf.  Counsel for Lightray further stated that it is questionable whether the Mexican Lawsuit is a legitimate lawsuit at all.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.  Dated this 9th day of January, 2018 in Washington D.C.

By:   /s/ *Joshua L. Sohn*