# Exhibit A

**Sohn, Joshua (CRM)**
___

| | |
|---|---|
| **From:** | Hatcher, James <James.Hatcher@cishipping.com> |
| **Sent:** | Thursday, November 23, 2017 11:44 AM |
| **To:** | Charles Stephenson; Rachel Moyse \| BURGESS |
| **Cc:** | Will Dallimore \| BURGESS; Lorena Gimenez \| BURGESS; Lucy Medd \| BURGESS; Neil Northmore; Ian Wilson \| BURGESS; MACI Shipping Master |
| **Subject:** | RE: GALACTICA STAR - Termination |

Dear Charles, Rachel,

Thank you for the email.

I have taken technical out of this response as this deals with the seafarer wage/repatriation which is the responsibility of the Shipping Master.

I await further information on your discussion with the insurers as it becomes available.

regards

**James Hatcher**
Senior Maritime Policy Advisor and Shipping Master
Cayman Registry  |  A Division of Cayman Maritime
O:  + 44 (0) 2074 915 051  |  D: + 44 (0) 1489 774 160  |  M: + 44 (0) 7818 596 134  |  F: + 44 (0) 1489 799 204
E: James.Hatcher@cishipping.com  |  W: www.cishipping.com

For Disclaimer: http://www.cishipping.com/disclaimer

**From:** Charles Stephenson [mailto:CStephenson@burgessyachts.com]
**Sent:** 23 November 2017 16:29
**To:** Rachel Moyse \| BURGESS <RMoyse@burgessyachts.com>; Hatcher, James <James.Hatcher@cishipping.com>
**Cc:** Will Dallimore \| BURGESS <WDallimore@burgessyachts.com>; Lorena Gimenez \| BURGESS <LGimenez@burgessyachts.com>; Lucy Medd \| BURGESS <LMedd@burgessyachts.com>; Neil Northmore <NNorthmore@burgessyachts.com>; Survey Technical <Technical@cishipping.com>; Ian Wilson \| BURGESS <IWilson@burgessyachts.com>; MACI Shipping Master <Shipping.Master@cishipping.com>
**Subject:** RE: GALACTICA STAR - Termination

Thank you Rachel for the introduction,

We have approached Skuld today to meet the MLC obligation and I am awaiting their response.

I will keep all updated on their response.

Charles.

___

**From:** Rachel Moyse \| BURGESS
**Sent:** 23 November 2017 16:25
**To:** Hatcher, James
**Cc:** Will Dallimore \| BURGESS; Lorena Gimenez \| BURGESS; Lucy Medd \| BURGESS; Neil Northmore; Survey Technical; Ian Wilson \| BURGESS; MACI Shipping Master; Charles Stephenson
**Subject:** RE: GALACTICA STAR - Termination

1

Dear James

Thank you for your reply, I have also copied in our Head of Insurance at Burgess who has been in contact with Skuld.

We will of course keep you up to date with the coming days as they progress with the repatriation and final salaries.

Kind Regards

Rachel Moyse
BURGESS
London
AS AGENTS ONLY FOR AND ON BEHALF OF EARNSHAW ASSOCIATES LIMITED

Direct: +44 (0)207 747 8720
Tel: +44 (0)207 766 4300
Email: rmoyse@burgessyachts.com
Web: www.burgessyachts.com

---

**From:** Hatcher, James [mailto:James.Hatcher@cishipping.com]
**Sent:** 23 November 2017 16:14
**To:** Rachel Moyse | BURGESS
**Cc:** Will Dallimore | BURGESS; Lorena Gimenez | BURGESS; Lucy Medd | BURGESS; Neil Northmore; Survey Technical; Ian Wilson | BURGESS; MACI Shipping Master
**Subject:** RE: GALACTICA STAR - Termination

Dear Rachel,

Thank you for the attached which is noted.

I have copied our technical team into this reply for if there is anything they need you to do and their information. I note they carry a SOCLY with ISM, MLC and MSMD outstanding.

Please keep me updated with any progress on repatriation and payment of salaries (this month plus accrued leave and any notice under the contract for 7 crew I understand?). As discussed it is possible that the P&I will cover this (they probably would for an MLC vessel given the MLC amendments) and I note that they are insured by SKULD so hopefully this will be straightforward. However if not and the crew approach me I shall contact you (once they give approval) unless I am given an alternative contact.

regards

**James Hatcher**
Senior Maritime Policy Advisor and Shipping Master
Cayman Registry  |  A Division of Cayman Maritime
O:  + 44 (0) 2074 915 051  |  D: + 44 (0) 1489 774 160  |  M: + 44 (0) 7818 596 134  |  F: + 44 (0) 1489 799 204
E: James.Hatcher@cishipping.com  |  W: www.cishipping.com

Please consider the environment and only print this e-mail if absolutely necessary
For Disclaimer:  http://www.cishipping.com/disclaimer

**From:** Rachel Moyse | BURGESS [mailto:RMoyse@burgessyachts.com]
**Sent:** 23 November 2017 16:07

**To:** Hatcher, James <James.Hatcher@cishipping.com>
**Cc:** Will Dallimore | BURGESS <WDallimore@burgessyachts.com>; Lorena Gimenez | BURGESS <LGimenez@burgessyachts.com>; Lucy Medd | BURGESS <LMedd@burgessyachts.com>; Neil Northmore <NNorthmore@burgessyachts.com>; Ian Wilson | BURGESS <IWilson@burgessyachts.com>
**Subject:** GALACTICA STAR - Termination

Dear James

Following on from our phone call, I am writing to advise The Cayman Islands Shipping Registry that effective today Burgess and Burgess Crew Services are terminating their contracts with Earnshaw Associates Limited, the Owning Company of the vessel GALACTICA STAR, IMO 9679830.

Having not received timely funds over the past four months to pay the crew their salaries and furthermore today having our deadline missed to receive funds for the November payroll, BCS will be issuing termination letters for all the crew, effective immediately.

Insurers have contacted P&I and we are waiting to hear more with regards to the crew repatriation.

If you have any further questions, please contact myself or the Yacht Manager Will Dallimore.

Kind Regards

Rachel Moyse
BURGESS
London
AS AGENTS ONLY FOR AND ON BEHALF OF EARNSHAW ASSOCIATES LIMITED

Direct: +44 (0)207 747 8720
Tel: +44 (0)207 766 4300
Email: rmoyse@burgessyachts.com
Web: www.burgessyachts.com

**BURGESS**
The Superyacht Specialists

LONDON | MONACO | NEW YORK | MIAMI | HONG KONG
MOSCOW | PALMA | ATHENS | BEVERLY HILLS | SEATTLE | SINGAPORE | TOKYO | DUBAI

