

1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

**BENJAMIN E. ROSENBERG**

benjamin.rosenberg@dechert.com
+1 212 698 3622 Direct
+1 212 698 0495 Fax

January 11, 2018

**VIA ECF**

Honorable David Hittner
United States Courthouse
515 Rusk Street, Rm. 8509
Houston, Texas 77002
Telephone: (713)250-5711

Re: *United States v. The M/Y Galactica Star*, Civil Action No. 4:17-cv-02166 --
Opposition to United States' Application for Protective Order Under 18 U.S.C. 983(j)

Dear Judge Hittner:

We represent LightRay Capital, LLC ("LightRay") in the above-captioned action. We intend to oppose the United States' Application for Protective Order Under 18 U.S.C. 983(j), filed on Tuesday (Dkt. 69). While LR7.3 of the Local Rules of the United States District Court for the Southern District of Texas provides that oppositions to motions should be submitted 21 days from filing, the United States did not fashion their application a "motion." Accordingly, we write out of an abundance of caution to respectfully request that this Court provide LightRay an opportunity to respond to the Government's application. We will do so by January 23, 2018.

Respectfully submitted,

Benjamin E. Rosenberg