United States District Court
Southern District of Texas

**ENTERED**

March 05, 2018

David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| United States of America,<br>*Plaintiff*, | § <br> § <br> § | |
| v. | § <br> § | CIVIL ACTION NO. 4:17-CV-02166 |
| The M/Y Galactica Star et al.,<br>*Defendants in Rem*. | § <br> § <br> § <br> § <br> § | |

**ORDER**

Before the court is plaintiff United States' motion for protective order under 18 U.S.C. § 983 (j), which has been referred to this magistrate judge for ruling. After a hearing held on March 1, 2018, plaintiff's motion is granted in part and denied in part.

After careful review of the parties' pleadings and the law, the court concludes that it has jurisdiction over this *in rem* civil forfeiture action pursuant to 28 U.S.C. § 1355. Therefore, the court has authority under 18 U.S.C. 983(j) to enter an order directing the parties to take an action to seize, secure, maintain, or preserve the availability of the M/Y Galactica Star, a vessel currently detained in Cancun, Mexico subject to legal process in a Mexican court. Thus it is

ORDERED that Lightray Capital LLC produce monthly reports to plaintiff regarding the status of the Mexican lawsuit involving the M/Y Galactica Star. This report shall include copies of any filings in the Mexican lawsuit that Lightray may legally disclose. The initial disclosure is due on March 15, 2018. All subsequent disclosures are due on the 15th day of each month, until the litigation is resolved. It is also

ORDERED that Lightray pay crew fees and all other necessary fees to maintain the M/Y Galactica Star while detained in Mexico and subject to the Mexican attachment. Lightray will be entitled to 50% reimbursement of the fees incurred if the M/Y Galactica Star is later determined to be the plaintiff's property.

All other requests for relief are denied.

Signed at Houston, Texas, on March 2, 2018.

Stephen Wm Smith
United States Magistrate Judge

2