# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br>-vs-<br><br>THE M/Y GALACTICA STAR, et. al.<br><br>Defendants *In Rem* | CIVIL ACTION NO.: 4:17-CV-02166<br><br>**CLAIMANT FEDERAL REPUBLIC OF NIGERIA'S NOTICE OF INTENTION TO OPPOSE PLAINTIFF'S MOTION FOR STAY** |

Comes now Claimant Federal Republic of Nigeria ("FRN"), through undersigned attorneys, and respectfully provides notice of its intention to file, no later than March 30, 2018, an Opposition to Plaintiff's Motion to Stay [ECF Docket No. 94]. LR 7.3 of the Local Rules of the United States District Court for the Southern District of Texas Provides that oppositions to motions should be submitted twenty-one (21) days from the date of filing. The Plaintiff indicates in its motion that FRN has not expressed a position on the motion. As such, out of abundance of caution, we write to respectfully request that this Court provide FRN an opportunity to respond to the Plaintiff's Motion.

Dated: March 16, 2018

Respectfully submitted,

_____/s/Anthony O. Egbase_____
Anthony O. Egbase (TXSD #3109639)
Sedoo A. Manu (CA 308860)
**A.O.E LAW & ASSOCIATES**
350 S. Figueroa St., Ste. 189

1

Los Angeles, CA 90071
Tel: (213) 620-7070
Fax: (213) 620-1200
info@aoelaw.com
*Attorneys for Claimant Federal Republic of Nigeria*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2018, I caused service of the foregoing document by electronically filing the foregoing with the Clerk of the U.S. District Court for the Southern District of Texas using its CM/ECF System, which will send notification to all counsel.

I declare under penalty of perjury that the foregoing is true and correct.

By:  /s/Anthony O. Egbase_____

Anthony O. Egbase (TXSD #3109639)
**A.O.E LAW & ASSOCIATES**
350 S. Figueroa St., Ste. 189
Los Angeles, CA 90071
Tel: (213) 620-7070
Fax: (213) 620-1200
info@aoelaw.com

*Attorneys for Claimant Federal Republic of Nigeria*