United States District Court
Southern District of Texas
**ENTERED**
June 15, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America, | § § | |
| V. | § § | CIVIL ACTION NO. H-17-2166 |
| The M/Y Galactica Star, et al, | § | |

## RECUSAL ORDER

1. I stand recused in this case.

2. Deadlines in scheduling orders subsist. Any court settings are vacated.

Signed on the ___15___ day of June, 2018.

_____
DAVID HITTNER
United States District Judge