UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-cv-02166 |
| | ) | |
| THE M/Y GALACTICA STAR et al. | ) | |
| | ) | |
| Defendants in Rem | ) | |
| | ) | |
| | ) | |

**DECLARATION OF JOSHUA L. SOHN IN SUPPORT OF REPLY BRIEF IN SUPPORT OF UNITED STATES' MOTION TO STRIKE PUTATIVE CLAIMANT LIGHTRAY CAPITAL, LLC**

I Joshua L. Sohn, declare as follows:

1. I am counsel for the Plaintiff United States of America in this action, and, if called upon as a witness, could and would testify competently as to the contents of this Declaration.

2. Attached hereto as Exhibit A is a true and correct copy of a Stipulation entered into between the United States, LightRay Capital LLC, and Earnshaw Associates Ltd., executed May 10, 2018.

3. Attached hereto as Exhibit B is a true and correct copy of a document filed in the New York state case of *Banque Havilland S.A. v. One57 79 Inc. et al.*, No. 850046/17, dated June 7, 2017.

4. Attached hereto as Exhibit C is a true and correct copy of a document filed in the New York state case of *Banque Havilland S.A. v. One57 79 Inc. et al.*, No. 850046/17, dated December 18, 2017.

1

5. Attached hereto as Exhibit D is a true and correct copy of a document filed in the New York state case of *Banque Havilland S.A. v. One57 79 Inc. et al.*, No. 850046/17, dated March 28, 2018.


I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.  Dated this 12th day of July, 2018 in Washington D.C.

By:      /s/ *Joshua L. Sohn*