UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

_____
)
**UNITED STATES OF AMERICA,** )
)
      **Plaintiff,** )    **CIVIL ACTION No. 4:17-cv-02166**
)
      - v.- )
)
**THE M/Y GALACTICA STAR,** *et al.* )
)
      **Defendants** *In Rem* )
_____ )

### UNITED STATES' STATUS REPORT ON STAYED CASE

On March 9, 2018, Plaintiff United States of America ("the government") filed a Motion for Partial Stay Under 18 U.S.C. § 981(g)(1) ("the Motion") (ECF No. 94). On May 7, 2018, this Court entered a partial stay of this case and required the government to submit a status report every 180 days in order to enable the Court to monitor the status of this action (ECF No. 123).

Contemporaneously with the filing of this status report, the government is submitting an application to file, under seal and *in camera*, a more detailed declaration and status report. Any further status reports will be premised upon the facts set out in the proposed sealed *in camera* filing referenced here, and the government will be requesting leave to file future status reports under seal and *in camera*.

The government will continue to timely report to the Court as directed in the May 7, 2018, Order, and respectfully requests that the Court's prior order staying all proceedings continue until vacated by the Court.

1

Dated:  November 5, 2018             Respectfully Submitted,

                                     DEBORAH CONNOR, CHIEF
                                     MONEY LAUNDERING AND ASSET
                                        RECOVERY SECTION (MLARS)


                            By:      */s/ Michael W. Khoo*
                                     MARY BUTLER
                                     Chief, MLARS-International Unit
                                     STEPHEN CAMPBELL
                                     Deputy Chief, MLARS-IU
                                     MICHAEL W. KHOO
                                     JOSHUA L. SOHN
                                     Trial Attorneys, MLARS-IU
                                     United States Department of Justice
                                     1400 New York Avenue, NW
                                     Bond Building, Suite 10100
                                     Washington, DC  20005
                                     Telephone:   (202) 514-1263
                                     Facsimile:   (202) 616-2547
                                     Email:       michael.khoo@usdoj.gov

                                     Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

  I hereby certify that on November 5, 2018, I caused the foregoing document to be served, via CM/ECF, to all counsel of record in this action.

                By: */s/ Joshua L. Sohn*
                   Joshua L. Sohn