United States District Court
Southern District of Texas
**ENTERED**
November 28, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al*, § § PLAINTIFFS, § VS. § § THE M/Y GALACTICA STAR, BEING § A 65-METER MOTOR YACHT BUILT § BY HEESEN SHIPYARDS WITH § INTERNATIONAL MARITIME § ORGANIZATION NUMBER 9679830, § AND REGISTERED UNDER THE § LAWS AND FLAG OF THE CAYMAN § ISLANDS AT, *et al*, § § DEFENDANTS. § | CIVIL ACTION NO. 4:17-CV-2166 |

## FINAL JUDGMENT

Pending before the Court is the United States' Motion for Judgment on the Pleadings to Strike Putative Claimant LightRay Capital, LLC ("Motion") (Doc. No. 128). The Court hereby **GRANTS** the Motion.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on the 19th of November, 2018.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE