**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 4:17-cv-02166 |
| ) | |
| **THE M/Y GALACTICA STAR et al.** ) | |
| ) | |
| **Defendants in Rem** ) | |
| ) | |
| _____ ) | |

**NOTICE OF RELATED CASE**

Pursuant to Local Rule 5.2, Plaintiff United States of America hereby informs the Court of a new civil forfeiture case that is related to this case.  The new case is captioned *United States of America v. Real Property Located in Los Angeles, Calif. Commonly Known as 755 Sarbonne Rd.*, No. 4:20-cv-02524 (S.D. Tex.) ("*Sarbonne Rd.*")

The *Sarbonne Rd.* case was filed in this District on July 16, 2020.  It is another civil forfeiture case that arises from the same alleged acts of bribery and corruption as this case.

1

Respectfully Submitted,

DEBORAH CONNOR, CHIEF
MONEY LAUNDERING AND ASSET
   RECOVERY SECTION (MLARS)

By:    /s/ *Joshua L. Sohn*
      MARY BUTLER
      Chief, MLARS-International Unit
      STEPHEN CAMPBELL
      Deputy Chief, MLARS-IU
      MICHAEL W. KHOO
      JOSHUA L. SOHN
      Trial Attorneys, MLARS-IU
      United States Department of Justice
      1400 New York Avenue, NW
      Bond Building, Suite 10100
      Washington, DC 20005
      Telephone: (202) 353-2223
      Facsimile: (202) 616-2547
      Email: joshua.sohn@usdoj.gov

      Attorneys for Plaintiff
      UNITED STATES OF AMERICA

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2020, I caused the foregoing document to be filed via CM/ECF, which will send an electronic service copy to all counsel of record.

By: ___*/s/ Joshua L. Sohn*___
Joshua L. Sohn